# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 208 DB 2016  (No. 11 RST 2017) |
| | : |
| | : |
| | : |
| STANLEY WEINBERG | : Attorney Registration No.  9853 |
| | : |
| PETITION FOR REINSTATEMENT | : |
| FROM INACTIVE STATUS | : (Montgomery County) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2017, the Report and Recommendation of Disciplinary Board Member dated February 28, 2017, is approved and it is ORDERED that Stanley Weinberg, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.